

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/02/2024

December 28, 2023

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Fedorova v. Newsweek Digital LLC,* 1:23-cv-9665 (AT)

Dear Judge Torres:

    We represent Plaintiff Olga Fedorova in the above-captioned case and write to respectfully request a 30-day extension of time to file dismissal papers or otherwise re-open the case.

(1) the original deadline is December 31, 2023 [Dkt. No. 18] and the proposed new deadline is January 30, 2024.

(2) there have been no previous requests for an extension of this deadline.

(3) the parties respectfully request an extension in an effort to consummate their settlement agreement without judicial intervention.

(4) No other scheduled dates will be impacted by this request.

(5) Counsel for Defendant consents to the request.

GRANTED.

SO ORDERED.

Dated: January 2, 2024
       New York, New York

ANALISA TORRES
United States District Judge